JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     jag@mgalaw.com
            sgc@mgalaw.com

*Attorneys for Plaintiff Barbara Jean Humble*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA JEAN HUMBLE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00237-JAD-VCF <br><br> **STIPULATION AND REQUEST FOR AN ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S THIRD CLAIM FOR RELIEF AND FOURTH CLAIM FOR RELIEF [ECF NO. 18]** <br><br> **(First Request)** <br><br> ECF No. 19 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Barbara Jean Humble ("Plaintiff"), by and through her attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendant State Farm Mutual Automobile Insurance ("Defendant"), by and through its attorneys of record, the law firms of HARPER SELIM, that the deadline for Plaintiff to file a response to Defendant's motion for partial summary judgment on Plaintiff's third and fourth claim for relief [ECF No. 18] filed on December 22, 2021, shall be continued from January 12, 2022, to and including **February 15, 2022**.

/ / /

/ / /

1

1  This request is to allow sufficient time for plaintiff to properly respond to the motion and the
2 extension is necessary to allow the parties to discuss alternate dispute resolution.  This is the parties'
3 first request for an extension and is not intended to cause delay or prejudice to any party.
4 IT IS SO STIPULATED.

5  DATED this 10th day of January 2022.   DATED this 10th day of January 2022.

6 **MAIER GUTIERREZ & ASSOCIATES**        **HARPER SELIM**

7 */s/ Stephen G. Clough*                  */s/ James E. Harper*

8 _____    _____
JOSEPH A. GUTIERREZ, ESQ.         JAMES E. HARPER, ESQ.
Nevada Bar No. 9046               Nevada Bar No. 9822
9 STEPHEN G. CLOUGH, ESQ.           SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10549              Nevada Bar No. 10669
10 8816 Spanish Ridge Avenue         1935 Village Center Circle
Las Vegas, Nevada 89148           Las Vegas, Nevada 89134
11 *Attorneys for Plaintiff Barbara Jean Humble*   *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

15  **ORDER**

16  IT IS SO ORDERED this 10th day of January, 2022.

19  _____
    **UNITED STATES DISTRICT JUDGE**

2